# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147982

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

        SC: 147982
        COA: 315661
        Lenawee CC: 80-002969-FY

JAMES CARL THREET,
        Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the September 23, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2014



s0519

Clerk